1  COX, CASTLE & NICHOLSON LLP
   Robert G. Campbell (State Bar No. 104274)
2  Perry D. Mocciaro (State Bar No. 66892)
   2049 Century Park East, 28th Floor
3  Los Angeles, CA  90067-3284
   Telephone:  (310) 284-2200
4  Facsimile:   (310) 284-2100
   Email:   rcampbell@coxcastle.com,
5  pmocciaro@coxcastle.com

6  Attorneys for Defendant
   SHIPCO TRANSPORT, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 |                                         | Case No.  13-cv-03605 WHO
   |                                         | Hon. William H. Orrick
13 | JOHN FALKENSTEIN, an individual         |
14 |                                         | **ORDER AMENDING
   |              Plaintiff,                 | ADR ORDER [3] AND CASE
15 |                                         | MANAGEMENT ORDER [9] TO
   |              vs.                        | CONTINUE DEADLINES PENDING
16 |                                         | OCTOBER 23 HEARING
   | SHIPCO TRANSPORT, INC., a New Jersey    | ON MOTION TO CHANGE VENUE**
17 | corporation, et al.,                    |
18 |              Defendants.                | Case Filed:      August 2, 2013
   |                                         | Trial Date:      None set

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby orders that the ADR, discovery and case management deadlines set forth in the August 2, 2013 Order Setting Initial Case Management Conference and ADR Deadlines [3] (the "ADR Order") and the August 20, 2013 Case Management Conference Order [9] (the "Case Management Order") are continued, as set forth below:

    A.    The ADR Order deadlines originally set as follows:

        1.    October 10, 2013: Last Day to:

- Meet and Confer re Initial Disclosures, early settlement, ADR process selection and discovery plan.
- File Signed ADR Certification.
- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference and

        2.    October 24, 2013: Last Day to file Rule 26(f) Report and complete initial disclosures or state objections in Rule 26(f) Report.

Are hereby continued to the following dates:

        1.    **November 21, 2013**: Last Day to:

- Meet and Confer re Initial Disclosures, early settlement, ADR process selection and discovery plan.
- File Signed ADR Certification.
- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

        2.    **December 5, 2013**: Last Day to file Rule 26(f) Report and complete initial disclosures or state objections in Rule 26(f) Report.

B. The Case Management Order deadlines originally set as follows:

1. Before October 29, 2013: Meet and confer.
2. October 29, 2013: Last Day to file Case Management Statement in compliance with Local Rules and Standing Order for All Judges.
3. November 5, 2013, 2:00 p.m.: Initial Case Management Conference.

Are hereby continued to the following dates:

1. Before December 10, 2013: Meet and confer.
2. **December 10, 2013**: Last Day to file Case Management Statement in compliance with Local Rules and Standing Order for All Judges.
3. **December 17, 2013, 2:00 p.m.**: Initial Case Management Conference.

Date: October _7_, 2013

By: _____
Hon. William H. Orrick
United States District Court Judge

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
LOS ANGELES, CA

067123\5672060v1

- 2 -

13-CV-03605 WHO